IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

TARA MOORE                                                                                   PLAINTIFF

v.                                    No. 3:23-cv-185-DPM

DOES                                                                                        DEFENDANTS

## ORDER

1. The Court withdraws the reference.

2. Moore hasn't paid the $402 filing and administrative fees. She also hasn't filed an application to proceed *in forma pauperis*. The time to do both has passed. *Doc. 3*. Her mail is also being returned as undelivered. *Doc. 4 & 5*. Her complaint will therefore be dismissed without prejudice. Local Rule 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

10 January 2024