IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

TARA MOORE                                                          PLAINTIFF

v.                          No. 3:23-cv-185-DPM

DOES                                                               DEFENDANTS

## JUDGMENT

Moore's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

10 January 2024